UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDIBERTO AMAYA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA,<br><br>　　　　Respondent. | Case No. EDCV 13-01102 ODW (AN)<br><br>JUDGMENT |

　　IT IS HEREBY ADJUDGED THAT the pending First Amended Petition is dismissed for the reasons set forth in the related Order Dismissing Petition for Lack of Jurisdiction and Want of Prosecution.

Dated: November 4, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE